# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 22, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

>     Re:  Gary DeWayne Blagg
>          v. Texas
>          No. 15-7488
>          (Your No. WR-25,332-08; WR-25,332-09; WR-25,332-10)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 17, 2015 and placed on the docket December 22, 2015 as No. 15-7488.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob C. Travers
Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk